MARY LOWE, an Infant, by HAROLD LOWE, as Guardian ad Litem, Respondent, v. BURTON A. HARNESS, JR., and ROCHESTER TELEPHONE CORPORATION, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HAROLD LOWE, Respondent, v. BURTON A. HARNESS, JR., and ROCHESTER TELEPHONE CORPORATION, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,128 as of the date of the rendition thereof, in which event the judgment

is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.